FILED
9/21/07
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

MICHAEL A. FADALLA AND DANA S. FADALLA,
Individually, and on behalf of their minor children,
OLIVIA, EMILY AND LAUREN FADALLA,

    PLAINTIFFS,

v.

Case Number:

3:07-mc-42-J-32mcR

LIFE AUTOMOTIVE PRODUCTS, INC.,
MARTY COLEMAN, LARRY COLEMAN,
MELISSA JACKSON, COLEMAN-TAYLOR TRANSMISSIONS
COMPANY, INC., HUMANA INSURANCE COMPANY, PPO,
and SHEILA HICKS, PLAN ADMINISTRATOR,

    DEFENDANTS.

## AFFIDAVIT OF PAUL HUGHETT

Before me, the undersigned authority, this day personally appeared Paul Hughett, who being first duly sworn by me, deposes and says:

My name is Paul Hughett. I am over eighteen (18) years of age and have personal knowledge of the following information.

1. I am the President of Engine Fog, Inc. (hereinafter "Engine Fog"), located at 6602 Executive Park Ct., Suite 205, Jacksonville, Florida 32216.

2. Engine Fog is in the business of manufacturing automotive chemical products.

3. As the President of Engine Fog, I have knowledge of the day-to-day operation of the business.

4. Life Automotive Products, Inc. is also in the business of manufacturing automotive chemical products. As a manufacturer, Life Automotive Products, Inc. is a direct competitor of Engine Fog.

5. The information that Life Automotive Products, Inc. is demanding Engine Fog to produce to it is sensitive and confidential business information regarding new product technology. Disclosure of this information to a competitor, like Life Automotive Products, Inc., would be harmful to Engine Fog as Life Automotive Products, Inc., another manufacturer, would gain an unfair competitive advantage.

6. Additionally, Engine Fog has a non-disclosure agreement with Oliver & Company, Inc. and its other distributors. Disclosure of the documents requested would cause Engine Fog to violate these agreements.

7. Furthermore, Engine Fog has secrecy agreements with several of its distributors, which also prohibits Engine Fog from disclosing any confidential, proprietary information requested.

8. In addition, requiring Engine Fog, a non-party, to obtain all of the documents requested would create an undue burden on Engine Fog.

9. Finally, Engine Fog is currently in an adversarial position with Life Automotive Products, Inc., in a matter unrelated to this litigation. This adversarial situation may result in litigation between Engine Fog and Life Automotive Products, Inc. Production of the requested information to Life Automotive Products, Inc., would be detrimental to Engine Fog in this adversarial situation.

FURTHER AFFIANT SAYETH NAUGHT.

_____
PAUL HUGHETT

STATE OF FLORIDA
COUNTY OF St. Johns

SWORN TO AND SUBSCRIBED before me for the purposes set forth therein by Paul Hughett, who first took an oath and who is either personally known to me or who produced the type of identification described below, this 13th day of Sept, 2007.

_____
(Signature of NOTARY PUBLIC, State of Florida)

SEAL

HEIDI G. ROBERTS
MY COMMISSION # DD 352708
EXPIRES: September 7, 2008
Bonded Thru Notary Public Underwriters

Personally known  X   or,
produced _____ as identification